GEGNER, D. B. A. GEGNER'S BARBER SHOP, APPELLANT, *v.* GRAHAM, APPELLEE, ET AL.

[Cite as Gegner v. Graham, 1 Ohio St. 2d 108.]

(No. 38719—Decided March 3, 1965.)

109

Mr. *Harry W. Kyle*, for appellant.
Messrs. *Sindell, Sindell, Bourne & Markus* and Mr. *John E. Duda*, for appellee.

*Per Curiam.* Since plaintiff has sold his barbershop and is no longer operating it and since the present owner is giving to Negroes "the full enjoyment of the accommodations, advantages, facilities and privileges of his place of business," the case is moot. Therefore, the appeal is dismissed. *Minor v. Witt, City Clerk*, 82 Ohio St. 237.

*Appeal dismissed.*

Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.